IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>STATE OF ILLINOIS, and<br>STATE OF OHIO,<br><br>Plaintiffs,<br><br>v.<br><br>GATEWAY ENERGY & COKE COMPANY, LLC, and<br>HAVERHILL COKE COMPANY, LLC, and<br>SUNCOKE ENERGY, INC.,<br><br>Defendants. | Civil Action No. 13-616-DWD |

**ORDER GRANTING**
**CONSENT MOTION TO PARTIALLY TERMINATE CONSENT DECREE**

This Court, having duly considered the Consent Motion to Partially Terminate Consent Decree, finds good cause for such Motion and hereby ORDERS and ADJUDGES as follows:

1. The Consent Motion to Partially Terminate Consent Decree (Doc. 65) is hereby **GRANTED**;

2. Requirements set forth in Consent Decree Paragraphs 19.a, 20-24, 48.g, 48.k, 48.l, 48.A, 48.B, 83-86, and Appendix 4 of the Consent Decree and Second

Amendment to Consent Decree are **TERMINATED**.

**SO ORDERED.**

Dated: October 16, 2026

DAVID W. DUGAN
United States District Judge